SARAH E. HOPE, Respondent, *v.* CHARLES O. SEAMAN et al., Appellants, Impleaded with Others.

*Hope* v. *Shevill,* 137 App. Div. 86, affirmed.

(Argued December 20, 1911; decided January 9, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 31, 1910, reversing a judgment in favor of defendants, appellants, entered upon a decision of the court on trial at Special Term and granting a new trial in an action of partition.

*G. P. Foulk* and *John C. Loud* for appellants.

*Charles G. F. Wahle* and *H. Lionel Kringel* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.